**114**

CATE *v.* COMMISSIONERS OF GLYNN COUNTY.

RUSSELL, C. J. This case is controlled by the principles ruled in *Commissioners of Glynn County* v. *Cate*, ante, favorably to the contentions of the plaintiff in error.

*Judgment reversed. All the Justices concur, except Atkinson, J., absent because of illness.*

No. 11418. OCTOBER 14, 1936.

*Colon J. Cogdell*, and *E. J. Clower*, for plaintiff in error.
*Conyers & Gowen*, contra.